United States District Court
District of Minnesota

United States of America,

Plaintiff

v.                                                                                          CR 04-43 PAM

James Winston Moen,

Defendant

Notice of Motion and
Motion for Early Termination of Probation

To the United States of America and its attorney, Thomas Heffelfinger, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415:

Please take notice that Defendant James Winston Moen will bring his Motion for Early Termination of Probation before the Honorable Paul A. Magnuson, Senior United States District Judge, in Room ___ of the United States Courthouse, 700 Federal Building, 316 North Robert Street, St. Paul, MN 55101.

This Motion is made Pursuant to 18 U.S.C. § 3564(c) and Rule 32.1(c) of the Federal Rules of Criminal Procedure.

Dated: May 23, 2005

Thomas M. Kelly, Esq.
# 0054914
Kelly & Jacobson
220 South Sixth Street
Suite 215
Minneapolis, MN 55402
(612) 339-5055
Attorney for Defendant